UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

CHARLES LEE RANDOLPH,

    Petitioner,

vs.

RENEE BAKER, *et al.*,

    Respondents.
_____/

3:08-cv-0650-LRH-VPC

**MINUTES OF THE COURT**

January 26, 2012

PRESENT:
THE HONORABLE   __LARRY R. HICKS__ , UNITED STATES DISTRICT JUDGE

DEPUTY CLERK:   __DENNIS M. FARIAS__    REPORTER:   __NONE APPEARING__

COUNSEL FOR PETITIONER:   __NONE APPEARING__

COUNSEL FOR RESPONDENTS:   __NONE APPEARING__

MINUTE ORDER IN CHAMBERS:   __XXX__

    In this capital habeas corpus action, the respondents have filed a motion (docket #22), requesting that Renee Baker be substituted for E.K. McDaniel, as the respondent warden. The court is informed that Renee Baker is now the warden of Ely State Prison, the prison where the petitioner is incarcerated. Therefore, pursuant to Federal Rule of Civil Procedure 25(d), respondents' motion shall be granted, and Renee Baker shall be substituted for her predecessor, E.K. McDaniel, as the respondent warden.

    **IT IS THEREFORE ORDERED** that respondents' Motion for Substitution of Respondent (docket #22) is **GRANTED**. The Clerk of the Court shall substitute Renee Baker for E.K. McDaniel, on the docket, as the respondent warden in this action, and shall update the caption of the action to reflect this change.

                                          LANCE S. WILSON, CLERK

                                          By:   __/s/__
                                                 Deputy Clerk