UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

CHARLES LEE RANDOLPH,

    Petitioner,                                       3:08-cv-00650-LRH-VPC

vs.

**ORDER**

TIMOTHY FILSON, *et al.*,

    Respondents.

_____/

    In this capital habeas corpus action, the petitioner, Charles Lee Randolph, filed an amended petition for writ of habeas corpus on November 13, 2017 (ECF No. 37). The respondents were due to respond to the amended petition by January 12, 2018. *See* Order entered September 11, 2017 (ECF No. 36) (60 days for response).

    On January 12, 2018, respondents filed a motion for an extension of time (ECF No. 45), requesting a 31-day extension of time, to February 12, 2018. This would be the first extension of this deadline. Respondents' counsel states that the extension of time is necessary because of time away from work due to a death in his family followed by illness. Petitioner does not oppose the motion for extension of time. The court finds that respondents' motion for extension of time is made in good faith and not solely for the purpose of delay, and that there is good cause to extend this deadline.

///

Under the circumstances, and in view of the complexity of this case, the Court will grant the motion for extension of time, and extend to March 23, 2018, the time for the response to the amended petition. However, in light of the length of this extension, the court will not look favorably upon any motion to further extend this deadline.

**IT IS THEREFORE ORDERED** that respondents' Motion for Extension of Time (ECF No. 45) is **GRANTED**. Respondents will have until **March 23, 2018**, to file an answer or other response to the amended habeas petition. In all other respects, the schedule for further proceedings set forth in the order entered September 11, 2017 (ECF No. 36) will remain in effect.

DATED this 26th day of January, 2018.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE