UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| CHARLES LEE RANDOLPH,<br><br>                   Petitioner,<br>   v.<br><br>TIMOTHY FILSON, *et al.*,<br><br>                  Respondents. | Case No. 3:08-cv-00650-LRH-VPC<br><br>ORDER |

In this capital habeas corpus action, the respondents filed a motion to dismiss on March 23, 2018 (ECF No. 47). The petitioner, Charles Lee Randolph, filed an opposition to the motion to dismiss on May 23, 2018 (ECF No. 50). Respondents' reply is due on June 22, 2018. *See* Order entered September 11, 2017 (ECF No. 36) (30 days for reply).

On May 29, 2018, respondents filed a motion for an extension of time (ECF No. 54), requesting a 31-day extension of time, to July 23, 2018, for their reply in support of their motion to dismiss. This would be the first extension of this deadline. Respondents' counsel states that the extension of time is necessary because of his obligations in other cases and because of anticipated time away from his office. There is no indication that petitioner opposes the motion for extension of time. The Court finds that respondents' motion for extension of time is made in good faith and not solely for the purpose of delay, and that there is good cause for the extension of time requested.

///

///

1

1    **IT IS THEREFORE ORDERED** that respondents' Motion for Extension of Time (ECF No. 54) is **GRANTED**. Respondents will have until **July 23, 2018**, to file a reply to petitioner's opposition to their motion to dismiss.

**IT IS FURTHER ORDERED** that, in all other respects, the schedule for further proceedings set forth in the order entered September 11, 2017 (ECF No. 36) will remain in effect.

DATED this 30th day of May, 2018.

_____
LARRY R. HICKS,
UNITED STATES DISTRICT JUDGE