UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| CHARLES LEE RANDOLPH,<br><br>    Petitioner,<br><br>    v.<br><br>WILLIAM GITTERE, *et al.*,<br><br>    Respondents. | Case No. 3:08-cv-00650-LRH-CLB<br><br>**ORDER GRANTING<br>MOTION FOR EXTENSION OF TIME<br>(ECF NO. 85)** |

In this capital habeas corpus action, after a 179-day extension of time (ECF No. 81), the petitioner, Charles Lee Randolph, represented by appointed counsel, was due to file his second amended habeas petition by October 9, 2020.

On September 18, 2020, Randolph filed a motion for extension of time (ECF No. 85), requesting an extension of time to April 7, 2021—a 180-day extension—to file his second amended petition. Randolph's counsel states that the extension of time is necessary because of delays in their investigation caused by the COVID-19 pandemic. The respondents do not oppose the motion for extension of time.

The Court finds that Randolph's motion for extension of time is made in good faith and not solely for the purpose of delay, and that there is good cause for the extension of time requested.

**IT IS THEREFORE ORDERED** that Petitioner's motion for extension of time (ECF No. 85) is **GRANTED**. Petitioner will have until and including **April 7, 2021**, to file his second amended habeas petition.

///

///

1

**IT IS FURTHER ORDERED** that, in all other respects, the schedule for further proceedings set forth in the order entered September 11, 2017 (ECF No. 36) will remain in effect.

DATED this 22nd day of September, 2020.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE