UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

CHARLES LEE RANDOLPH,

    Petitioner,

v.

WILLIAM GITTERE, *et al.*,

    Respondents.

Case No. 3:08-cv-00650-LRH-CLB

**ORDER**

    In this capital habeas corpus action, on September 2, 2021, the Court ordered the parties to provide supplemental briefing regarding a motion by the petitioner seeking disclosure of certain materials by the respondents. *See* Petitioner's Motion (ECF No. 89); Order entered September 2, 2021 (ECF No. 92). On September 10, 2021, the respondents filed a motion for reconsideration (ECF No. 93), requesting that the Court alter the order in which the supplemental briefing is to be filed. The Court will set an expedited schedule for the briefing of the motion for reconsideration.

    **IT IS THEREFORE ORDERED** that Petitioner will have until and including September 17, 2021, to respond to Respondents' Motion for Reconsideration (ECF No. 93). Respondents will then have 3 days (court days) to file a reply.

    DATED THIS 13th day of September, 2021.

                                                 _____
                                               LARRY R. HICKS,
                                             UNITED STATES DISTRICT JUDGE