UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| CHARLES LEE RANDOLPH,<br><br>    Petitioner,<br><br>v.<br><br>WILLIAM GITTERE, *et al.*,<br><br>    Respondents. | Case No. 3:08-cv-00650-LRH-CLB<br><br>**ORDER** |

On September 30, 2021, in this capital habeas corpus action, brought by Charles Lee Randolph, represented by court-appointed counsel, the Court set a schedule for the parties to provide supplemental briefing regarding a motion by Randolph seeking disclosure of certain materials by the respondents. *See* Petitioner's Motion (ECF No. 89); Order entered September 30, 2021 (ECF No. 98). The Court's order included a provision directing the parties to jointly create a spreadsheet showing which of the materials requested by Randolph are available, and briefly stating the parties' positions with respect to the materials. *See* Order entered September 30, 2021 (ECF No. 98).

On October 29, 2021, Randolph filed his supplement in support of his motion for disclosure, as ordered in the September 30 order (ECF No. 99). Respondents filed their response on December 28, 2021 (ECF No. 100). Randolph was then due to file a reply by January 18, 2022. *See* Order entered September 30, 2021 (ECF No. 98).

On January 14, 2022, Randolph filed a motion for extension of time (ECF No. 101). In that motion, Randolph contends that Respondents' response does not comply with the Court's September 30 order, and he requests that the time for his reply be

extended to twenty days after Respondents comply. Randolph did not respond to the motion for extension of time.

The Court has reviewed the supplemental briefing so far filed. With respect to materials in the possession of the Las Vegas Metropolitan Police Department ("Metro"), Respondents stated in their December 28 response:

> Respondents received a late response from Metro concerning the Court's order at ECF No. 98. Counsel for Respondents learned that Metro has an indexed binder, which has not yet been provided.
>
> Counsel for Metro has forwarded a list of the reports that Metro has available. That list is attached as Exhibit #2. The delay in forwarding the binder index to Counsel is due to the fact that Counsel for Metro was out of the office due to COVID during a period of the time the Court provided for Respondents to compile the information. Since Metro's Counsel was quarantined, he was unable to access the binder.
>
> [Footnote: Should the Court request a declaration from Metro's counsel, Respondents will obtain a declaration upon request from the Court. Per Metro, the tapes (if available) would also be in the vault and would not be available to be turned over, as they are evidence.]
>
> Respondents' Counsel discussed this matter with Randolph's Counsel and will supplement to Randolph's counsel any addition items received.

Response to Court's Order (ECF No. 100), p. 2. Respondents have not fully completed their portion of the joint spreadsheet; most glaringly, it appears that Respondents did not include on the spreadsheet the information referred to in the part of their response quoted above—that is, the materials referred to in Metro's indexed binder and the materials referred to in the list of reports provided by Metro. Respondents will be given an opportunity to supplement their response, including the joint spreadsheet, before Randolph is required to file his reply.

The Court will, therefore, grant Randolph's motion for extension of time, and will set a schedule for Respondents to file a supplemental response, including a fully completed joint spreadsheet, and for Randolph to file his reply. *The Court will not further extend this briefing schedule*. In his reply, Randolph should include any argument that Respondents have not complied with the September 30 order (ECF No. 98), and the Court will take any such argument into account in ruling on his motion (ECF No. 89).

**IT IS THEREFORE ORDERED** that Petitioner's Motion for Extension of Time (ECF No. 101) is **GRANTED**. Respondents will have 14 days from the date of this order to file a supplement to their response to Court's September 30 order (ECF No. 98), as described above. Petitioner will then have 20 days to file their reply.

DATED THIS 1st day of February, 2022.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE